(120 App. Div. 893)

### SOLINGER v. BROOKLYN HEIGHTS R. CO.

(Supreme Court, Appellate Division, Second Department.   June 21, 1907.)

Appeal from Municipal Court of New York.

Action by Walter B. Solinger, an infant, etc., against the Brooklyn Heights Railroad .Company, to recover the penalty provided . for a violation of Railroad Law, Laws 1892, p. 1406, c. 676, § 104, requiring defendant to carry a passenger for a single fare over certain lines and to give him a transfer for that purpose.   From a judgment for plaintiff, defendant appeals.   Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, GAYNOR, and MILLER, JJ.

PER CURIAM.   Judgment of the Municipal Court affirmed, with costs, on the authority of Munro v. Brooklyn Heights Railroad Co. (decided herewith) 105 N. Y. Supp. 325.